**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Milton Petro Properties, Inc. | CASE NO.: 09–10134–alg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 26–0788706 | CHAPTER: 11 |

The Below Referenced Order Was Actually Signed on November 5, 2009

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Allan L. Gropper in this Chapter 11 case.

Milton Petro Properties, Inc. was dismissed from the case on November 6, 2009 .

Dated: November 6, 2009    Vito Genna
　　　　　　　　　　　　　 Clerk of the Court